| Information to identify the case: | | |
|---|---|---|
| **Debtor 1** | **Cynthia B Palmer** | Social Security number or ITIN:   xxx–xx–0403 |
| | First Name    Middle Name    Last Name | EIN:   _ _ – _ _ _ _ _ _ _ |
| **Debtor 2** (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN:   _ _ _ _ EIN:   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter:    13    2/13/18 |
| Case number: | 18–12783–KCF | |

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | Cynthia B Palmer | |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 7 Traci Lane Piscataway, NJ 08854 | |
| **4.** | **Debtor's attorney** Name and address | Justin M Gillman Gillman & Gillman 770 Amboy Avenue Edison, NJ 08837 | Contact phone 732–661–1664 |
| **5.** | **Bankruptcy trustee** Name and address | Albert Russo Standing Chapter 13 Trustee CN 4853 Trenton, NJ 08650–4853 | Contact phone (609) 587–6888 www.russotrustee.com |
| **6.** | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street Trenton, NJ 08608 Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) Contact phone 609–858–9333 Date: 2/14/18 |

**For more information, see page 2**

Debtor  **Cynthia B Palmer**                                                                            Case number **18–12783–KCF**

| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. **Creditors may attend, but are not required to do so.** All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **March 15, 2018 at 01:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Chapter 13 Standing Trustee – Trenton, 1 AAA Drive, Suite 101, Robbinsville, NJ 08691** |
|---|---|---|
| 8. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** **You must file:** • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/14/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/24/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 180 days from date of order for relief. 11 U.S.C. § 502(b)(9)** |
| | **Deadlines for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 9. **Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent to you separately. | |
| 10. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| 13. **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. **Writing a letter to the court or the judge is not a substitute for the filing of an adversary complaint.** | |

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-12783-KCF
Cynthia B Palmer                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin            Page 1 of 2          Date Rcvd: Feb 14, 2018
                           Form ID: 309I           Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2018.
db             +Cynthia B Palmer,   7 Traci Lane,   Piscataway, NJ 08854-5422
517330021      +Atlantic Federal Cred,   37 Market St,   Kenilworth, NJ 07033-1761
517330022      +Bank Of America,   4909 Savarese Cir,   Tampa, FL 33634-2413
517330025       Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
517330026      +Experian,   475 Anton Blvd,   Costa Mesa, CA 92626-7037
517330028      +Kivitz McKeever Lee, PC,   701 Market Street,   Suite 500,   Philadelphia, PA 19106-1538
517330029      +Lyons, Doughty & Veldhuis, P.C.,   136 Gaither Drive, Suite 100,   P.O. Box 1269,
                Mount Laurel, NJ 08054-7269
517330030      +Middlesex County Sheriff's Office,   701 Livingston Ave.,   P.O. Box 1188,
                New Brunswick, NJ 08903-1188
517330031      +Nissan Motor Acceptanc,   Po Box 660360,   Dallas, TX 75266-0360
517330032      +Specialized Loan Servicing,   8742 Lucent Blvd,   Highlands Ranch, CO 80129-2386
517330033      +State of New Jersey Division of Taxation,   Revenue Processing Center,   PO Box 111,
                Trenton, NJ 08645-0111
517330038      +TD/Target National Bank,   3901 West 53rd Street,   Sioux Falls, SD 57106-4221
517330039       TransUnion,   P.O. Box 2000,   Crum Lynne, PA 19022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: abgillman@optonline.net Feb 14 2018 22:32:35      Justin M Gillman,
                Gillman & Gillman,   770 Amboy Avenue,   Edison, NJ  08837
tr              E-mail/Text: bnc@russotrustee.com Feb 14 2018 22:33:05      Albert Russo,
                Standing Chapter 13 Trustee,   CN 4853,   Trenton, NJ  08650-4853
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 14 2018 22:32:52      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 14 2018 22:32:51      United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517330017      +EDI: GMACFS.COM Feb 14 2018 22:23:00      Ally Financial,   Attn: Bankruptcy,   Po Box 380901,
                Bloomington, MN 55438-0901
517330018      +EDI: GMACFS.COM Feb 14 2018 22:23:00      Ally Financial,   200 Renaissance Ctr,
                Detroit, MI 48243-1300
517330019      +EDI: AMEREXPR.COM Feb 14 2018 22:23:00      Amex,   Correspondence,   Po Box 981540,
                El Paso, TX 79998-1540
517330020      +EDI: AMEREXPR.COM Feb 14 2018 22:23:00      Amex,   Po Box 297871,
                Fort Lauderdale, FL 33329-7871
517330024      +EDI: CITICORP.COM Feb 14 2018 22:23:00      Citibank/The Home Depot,   Po Box 6497,
                Sioux Falls, SD 57117-6497
517330027       EDI: IRS.COM Feb 14 2018 22:23:00      Internal Revenue Service (IRS),   Department of Treasury,
                P.O. Box  7346,   Philadelphia, PA 19101-7346
517330034      +EDI: RMSC.COM Feb 14 2018 22:23:00      Synchrony Bank/Care Credit,   Attn: Bankruptcy,
                Po Box 965060,   Orlando, FL 32896-5060
517330035      +EDI: RMSC.COM Feb 14 2018 22:23:00      Synchrony Bank/Care Credit,   C/o Po Box 965036,
                Orlando, FL 32896-0001
517330037      +EDI: RMSC.COM Feb 14 2018 22:23:00      Synchrony Bank/Project Line,   C/o Po Box 965036,
                Orlando, FL 32896-0001
517330036      +EDI: RMSC.COM Feb 14 2018 22:23:00      Synchrony Bank/Project Line,   Attn: Bankruptcy,
                Po Box 965060,   Orlando, FL 32896-5060
                                                                                     TOTAL: 14

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517330023*     +Bank Of America,   4909 Savarese Cir,   Tampa, FL 33634-2413
                                                                     TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                              Signature:  /s/Joseph Speetjens

District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 14, 2018
                             Form ID: 309I             Total Noticed: 27

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2018 at the address(es) listed below:
NONE.                                                                              TOTAL: 0