Gillman & Gillman, LLC
770 Amboy Avenue
Edison, New Jersey 08837
Phone (732) 661-1664
Attorney for Debtors
By: Justin M. Gillman, Esq.

Order Filed on March 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter: 13 |
|---|---|
| Cynthia B. Palmer | Case No.: 18-12783 |
| Debtor(s). | Hearing Date: N/A |
|  | Judge: Hon. Kathryn C. Ferguson, U.S.B.J. |

### ORDER EXTENDING TIME TO FILE MISSING DOCUMENTS

The relief set forth on the following pages, numbers two (2) through two (2) is hereby ORDERED.

**DATED: March 12, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

-2-

ORDER EXTENDING TIME TO FILE MISSING DOCUMENTS

    THIS MATTER having been brought before the Court by way of the Debtor's Application to Extend Time to File Schedules and the Court having considered the submissions to it; and for Good Cause Shown;

    IT IS ORDERED THAT the Debtors deadline to file missing documents is extended to March 13, 2018.