Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–12783–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Cynthia B Palmer
7 Traci Lane
Piscataway, NJ 08854

Social Security No.:
xxx–xx–0403

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            5/9/18
Time:            10:00 AM
Location:        Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 19, 2018
JAN: vpm

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-12783-KCF
Cynthia B Palmer                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 2           Date Rcvd: Mar 19, 2018
                              Form ID: 132           Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2018.
```
db              +Cynthia B Palmer,    7 Traci Lane,    Piscataway, NJ 08854-5422
517330020       +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
517330019       +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517330021       +Atlantic Federal Cred,    37 Market St.,    Kenilworth, NJ 07033-1761
517330022       +Bank Of America,    4909 Savarese Cir,    Tampa, FL 33634-2413
517330024       +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
517330025        Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
517330026       +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
517330028       +Kivitz McKeever Lee, PC,    701 Market Street,    Suite 500,    Philadelphia, PA 19106-1538
517330029       +Lyons, Doughty & Veldhuis, P.C.,    136 Gaither Drive, Suite 100,    P.O. Box 1269,
                  Mount Laurel, NJ 08054-7269
517330030       +Middlesex County Sheriff's Office,    701 Livingston Ave.,    P.O. Box 1188,
                  New Brunswick, NJ 08903-1188
517330031       +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
517330032       +Specialized Loan Servicing,    8742 Lucent Blvd,    Highlands Ranch, CO 80129-2386
517330033       +State of New Jersey Division of Taxation,    Revenue Processing Center,    PO Box 111,
                  Trenton, NJ 08645-0111
517330038       +TD/Target National Bank,    3901 West 53rd Street,    Sioux Falls, SD 57106-4221
517330039        TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 19 2018 23:54:19     U.S. Attorney,   970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 19 2018 23:54:16     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517330017       +E-mail/Text: ally@ebn.phinsolutions.com Mar 19 2018 23:53:31     Ally Financial,
                  Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
517330018       +E-mail/Text: ally@ebn.phinsolutions.com Mar 19 2018 23:53:31     Ally Financial,
                  200 Renaissance Ctr,    Detroit, MI 48243-1300
517330027        E-mail/Text: cio.bncmail@irs.gov Mar 19 2018 23:53:51     Internal Revenue Service (IRS),
                  Department of Treasury,    P.O. Box 7346,    Philadelphia, PA 19101-7346
517330034       +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2018 23:52:01     Synchrony Bank/Care Credit,
                  Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517330035       +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2018 23:50:47     Synchrony Bank/Care Credit,
                  C/o Po Box 965036,    Orlando, FL 32896-0001
517330037       +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2018 23:50:47     Synchrony Bank/Project Line,
                  C/o Po Box 965036,    Orlando, FL 32896-0001
517330036       +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2018 23:50:47     Synchrony Bank/Project Line,
                  Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517330023*      +Bank Of America,    4909 Savarese Cir,    Tampa, FL 33634-2413
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2018 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Justin M Gillman    on behalf of Debtor Cynthia B Palmer abgillman@optonline.net,
               r47252@notify.bestcase.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Mar 19, 2018
                              Form ID: 132             Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Rebecca Ann Solarz    on behalf of Creditor    Manufacturers and Traders Trust Company also known as M&T Bank, successor by merger to Hudson City Savings Bank, FSB rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                       TOTAL: 4