Gillman & Gillman, LLC
770 Amboy Avenue
Edison, New Jersey 08837
Phone (732) 661-1664
Attorney for Debtors
By: Justin M. Gillman, Esq.

**Order Filed on March 19, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter: 13 |
|---|---|
| Cynthia B. Palmer | Case No.: 18-12783 |
| Debtor(s). | Hearing Date: N/A |
| | Judge: Hon. Kathryn C. Ferguson, U.S.B.J. |

### ORDER EXTENDING TIME TO FILE MISSING DOCUMENTS

The relief set forth on the following pages, numbers two (2) through two (2) is hereby

ORDERED.

**DATED: March 19, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

ORDER EXTENDING TIME TO FILE MISSING DOCUMENTS

    THIS MATTER having been brought before the Court by way of the Debtor's Application to Extend Time to File Schedules and the Court having considered the submissions to it; and for Good Cause Shown;

    IT IS ORDERED THAT the Debtors deadline to file missing documents is extended to March ~~27~~ 16, 2018.

United States Bankruptcy Court
District of New Jersey

In re:  
Cynthia B Palmer  
    Debtor

Case No. 18-12783-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin     Page 1 of 1     Date Rcvd: Mar 20, 2018  
                           Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2018.  
db        +Cynthia B Palmer,   7 Traci Lane,   Piscataway, NJ 08854-5422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2018 at the address(es) listed below:  
          Albert Russo   docs@russotrustee.com  
          Justin M Gillman   on behalf of Debtor Cynthia B Palmer abgillman@optonline.net, r47252@notify.bestcase.com  
          Rebecca Ann Solarz   on behalf of Creditor   Manufacturers and Traders Trust Company also known as M&T Bank, successor by merger to Hudson City Savings Bank, FSB rsolarz@kmllawgroup.com  
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                  TOTAL: 4