Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                          Case No.:  18−12783−KCF
                                          Chapter:  13
                                          Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cynthia B Palmer
   7 Traci Lane
   Piscataway, NJ 08854

Social Security No.:
   xxx−xx−0403

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/7/18.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 7, 2018
JAN: ckk

                                                                                             Jeanne Naughton
                                                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-12783-KCF
Cynthia B Palmer                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 2                   Date Rcvd: Dec 07, 2018
                              Form ID: 148               Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2018.

```
db             +Cynthia B Palmer,    7 Traci Lane,   Piscataway, NJ 08854-5422
517330021      +Atlantic Federal Cred,    37 Market St,   Kenilworth, NJ 07033-1761
517330022      +Bank Of America,    4909 Savarese Cir,   Tampa, FL 33634-2413
517330025       Equifax,   P.O. Box 740241,    Atlanta, GA 30374-0241
517330026      +Experian,    475 Anton Blvd,   Costa Mesa, CA 92626-7037
517330028      +Kivitz McKeever Lee, PC,    701 Market Street,   Suite 500,   Philadelphia, PA 19106-1538
517330029      +Lyons, Doughty & Veldhuis, P.C.,    136 Gaither Drive, Suite 100,   P.O. Box 1269,
                 Mount Laurel, NJ 08054-7269
517330030      +Middlesex County Sheriff's Office,    701 Livingston Ave.,   P.O. Box 1188,
                 New Brunswick, NJ 08903-1188
517330031      +Nissan Motor Acceptanc,    Po Box 660360,   Dallas, TX 75266-0360
517519195     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,   Trenton, NJ 08695-0245)
517330032      +Specialized Loan Servicing,    8742 Lucent Blvd,   Highlands Ranch, CO 80129-2386
517330033      +State of New Jersey Division of Taxation,    Revenue Processing Center,   PO Box 111,
                 Trenton, NJ 08645-0111
517330038      +TD/Target National Bank,    3901 West 53rd Street,   Sioux Falls, SD 57106-4221
517450511      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517330039       TransUnion,    P.O. Box 2000,   Crum Lynne, PA 19022
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 07 2018 23:25:43     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 07 2018 23:25:42     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: IRS.COM Dec 08 2018 04:19:00     United States of America (Internal Revenue Service,
                 U.S. Attorney's Office,   970 Broad Street,   Suite 700,   Newark, NJ  07102-2535
517330017      +EDI: GMACFS.COM Dec 08 2018 04:18:00     Ally Financial,   Attn: Bankruptcy,   Po Box 380901,
                 Bloomington, MN 55438-0901
517330018      +EDI: GMACFS.COM Dec 08 2018 04:18:00     Ally Financial,   200 Renaissance Ctr,
                 Detroit, MI 48243-1300
517431838       EDI: BECKLEE.COM Dec 08 2018 04:18:00     American Express National Bank,
                 c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517330019      +EDI: AMEREXPR.COM Dec 08 2018 04:19:00     Amex,   Correspondence,   Po Box 981540,
                 El Paso, TX 79998-1540
517330020      +EDI: AMEREXPR.COM Dec 08 2018 04:19:00     Amex,   Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
517330024      +EDI: CITICORP.COM Dec 08 2018 04:19:00     Citibank/The Home Depot,   Po Box 6497,
                 Sioux Falls, SD 57117-6497
517459349       EDI: BANKAMER.COM Dec 08 2018 04:19:00     Manufacturers and Traders Trust Company, et al,
                 c/o Bank of America,   PO Box 31785,   Tampa, FL 33631-3785
517330034      +EDI: RMSC.COM Dec 08 2018 04:19:00     Synchrony Bank/Care Credit,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
517330035      +EDI: RMSC.COM Dec 08 2018 04:19:00     Synchrony Bank/Care Credit,   C/o Po Box 965036,
                 Orlando, FL 32896-0001
517330037      +EDI: RMSC.COM Dec 08 2018 04:19:00     Synchrony Bank/Project Line,   C/o Po Box 965036,
                 Orlando, FL 32896-0001
517330036      +EDI: RMSC.COM Dec 08 2018 04:19:00     Synchrony Bank/Project Line,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517330023*     +Bank Of America,    4909 Savarese Cir,   Tampa, FL 33634-2413
517330027*      Internal Revenue Service (IRS),    Department of Treasury,   P.O. Box  7346,
                 Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Dec 07, 2018
                              Form ID: 148             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Manufacturers and Traders Trust Company also known as
               M&T Bank, successor by merger to Hudson City Savings Bank, FSB dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn  O'Hagan    on behalf of Creditor   United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Justin M Gillman    on behalf of Debtor Cynthia B Palmer abgillman@optonline.net,
               r47252@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor   Manufacturers and Traders Trust Company also known
               as M&T Bank, successor by merger to Hudson City Savings Bank, FSB rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```